IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, as an organization; and the GEORGIA'S COALITION FOR THE PEOPLE'S AGENDA, INC., as an organization;<br><br>Plaintiffs,<br><br>v.<br><br>DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS; ANTHONY LEWIS, in his official capacity as Member of the DeKalb County Board of Registration and Elections; SUSAN MOTTER in her official capacity as Member of the DeKalb County Board of Registration and Elections; DELE LOWMAN SMITH in her official capacity as Member of the DeKalb County Board of Registration and Elections; SAMUEL TILLMAN in his official capacity as Member of the DeKalb County Board of Registration and Elections; BAOKY N. VU, in his official capacity as Member of the DeKalb County Board of Registration | Civil Action File No. 1:20-CV-00879-ELR |

| |
|---|
| and Elections; and ERICA HAMILTON in her official capacity as Director of Voter Registration and Elections; |
| Defendants. |

## ENTRY OF APPEARANCE

**COMES NOW**, Irene B. Vander Els, who is authorized to practice in this Court, to enter her appearance on behalf of Defendants DeKalb County Board of Registration and Elections, Anthony Lewis (in his official capacity), Susan Motter (in her official capacity), Dele Lowman Smith (in her official capacity), Samuel Tillman (in his official capacity), Baoky N. Vu (in his official capacity), and Erica Hamilton (in her official capacity) (collectively, the "Defendants"), in the above-styled action.

Respectfully submitted this 24th day of March, 2020.

Laura K. Johnson
Deputy County Attorney
Georgia Bar No. 392090

Aaron J. Ross
Senior Assistant County Attorney
Georgia Bar No. 461981

*s/ Irene B. Vander Els*
Irene B. Vander Els
Assistant County Attorney
Georgia Bar No. 033663

*Counsel for Defendants*


PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Irene B. Vander Els
Assistant County Attorney
ivanderels@dekalbcountyga.gov
Aaron J. Ross
Senior Assistant County Attorney
ajross@dekalbcountyga.gov
**DEKALB COUNTY LAW DEPARTMENT**
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
Telephone: (404) 371-3011
Facsimile: (404) 371-3024

# CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system (which document was prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send e-mail notification of such filing to the following opposing counsel of record:

Gail Podolsky
D. Barrett Broussard
Carlton Fields, P.A.
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia 30309-3455

Sean J. Young
ACLU of Georgia
1100 Spring Street, N.W.
Atlanta, Georgia 30309

Ezra Rosenberg
Bradley Phillips
Julie Houk
John Powers
The Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005

Sophia Lin Larkin
Dale E. Ho

125 Broad Street, 18th Floor
New York, New York 10004

This 24th day of March, 2020.

*s/ Irene B. Vander Els*
Irene B. Vander Els
Assistant County Attorney
DeKalb County Law Department

*One of the Attorneys for Defendants*