IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, as an organization; and the GEORGIA'S COALITION FOR THE PEOPLE'S AGENDA, INC., as an organization;<br><br>Plaintiffs,<br><br>v.<br><br>DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS; ANTHONY LEWIS, in his official capacity as Member of the DeKalb County Board of Registration and Elections; SUSAN MOTTER in her official capacity as Member of the DeKalb County Board of Registration and Elections; DELE LOWMAN SMITH in her official capacity as Member of the DeKalb County Board of Registration and Elections; SAMUEL TILLMAN in his official capacity as Member of the DeKalb County Board of Registration and Elections; BAOKY N. VU, in his official capacity as Member of the DeKalb County Board of Registration and Elections; and ERICA HAMILTON in her official capacity as | Civil Action File No.<br>1:20-CV-00879-ELR |

| |
|---|
| Director of Voter Registration and Elections; |
|     Defendants. |

## ORDER

This matter coming before the Court on Defendants' Consent Emergency Motion to Extend Time to Answer or Otherwise Respond to the Complaint, the Court having reviewed the same and all other matters of record, hereby ORDERS, good cause having been shown, as follows: Defendants' Consent Emergency Motion to Extend Time to Answer or Otherwise Respond to the Complaint is GRANTED. The deadline by which Defendants must answer or otherwise respond to the Complaint shall be extended up to and including April 22, 2020.

SO ORDERED:

_Eleanor L. Ross_
The Honorable Eleanor L. Ross
United States District Judge, Northern District of Georgia