IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et. al; <br><br>     Plaintiffs, <br><br> v. <br><br> DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS, et. al; <br><br>     Defendants. | Civil Action File <br> No.  1:20-CV-00879-ELR |

## PLAINTIFFS' CONSENT MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND FOR LEAVE TO FILE EXCESS PAGES

Plaintiffs Georgia State Conference of the NAACP and Georgia Coalition for the Peoples' Agenda (collectively, the "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Northern District of Georgia Local Rule 7.2(B), with the consent of Defendants DeKalb County Board of Registration and Elections, Anthony Lewis, Susan Motter, Dele Lowman Smith, Samuel Tillman, Baoky N. Vu, and Erica Hamilton (collectively, the "Defendants"), hereby move the Court to extend the time within which Plaintiffs must respond to Defendants'

Motion to Dismiss (Doc. 27) through and including May 11, 2020, and for permission to file a brief in excess of this Court's usual limit of 25 pages under N.D. Ga. Local Rule 7.1, for the following reasons:

1.     The current deadline by which Plaintiffs must respond to Defendants' motion to dismiss is May 6, 2020.  *See* N.D. Ga. Local Rule 7.1B.

2.     Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires."

3.     In this case, good cause exists to extend the deadline to respond to the Motion to Dismiss by five (5) days, up to and including May 11, 2020.  As a result of the impact of, and preventative measures taken in response to, the COVID-19 pandemic such as working out of the office, as well as scheduling conflicts of counsel for Plaintiffs created by other emergency litigation, and the time necessary to investigate and respond to issues raised by Defendants' motion to dismiss, Plaintiffs require additional time to prepare and submit their briefing in response to Defendants' Motion to Dismiss.

4.     Extending the deadline to respond to the Motion to Dismiss by five (5) days, up to and including May 11, 2020, would ensure that Plaintiffs' counsel

has adequate time to consult with their clients and prepare the responsive pleading, while also complying with the recommended preventative measures taken in response to the Coronavirus/COVID-19.

     5.    Good cause also exists for granting Plaintiffs leave to file a responsive pleading that exceeds the usual 25 page limit, Local Rule 7.1, by up to five additional pages.  As a result of the numerous and complex issues raised by Defendants' Motion to Dismiss, which involve questions of jurisdiction, statutory interpretation, and constitutional law, counsel for Plaintiffs require these additional pages to fully and completely respond to the motion.

     6.    Plaintiffs' counsel has conferred with Defendants' counsel, who has indicated that Defendants consent to the requested extension of time and request for leave to file a brief with five excess pages set forth herein.

     WHEREFORE, Plaintiffs respectfully request that the Court enter an order extending the time within which Plaintiffs must answer or otherwise respond to Defendants' Motion to Dismiss through and including May 11, 2020, and granting plaintiffs leave to file a brief containing up to five additional pages. A proposed order is attached hereto as Exhibit A for the Court's convenience.

This 5th day of May, 2020.

Respectfully submitted,

*/s/ Gail Podolsky*
Gail Podolsky
Georgia Bar No. 142021
Carlton Fields, P.A.
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia 30309-3455
Telephone: (404) 815-3400
Email: gpodolsky@carltonfields.com
Sean J. Young
Georgia Bar No. 790399
ACLU of Georgia
1100 Spring Street, N.W.
Atlanta, Georgia  30309
Telephone: (770) 303-8111
Email:  syoung@acluga.org

Ezra Rosenberg
The Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
Email: erosenberg@lawyerscommittee.org

Bradley Phillips
The Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
Email:  bphillips@lawyerscommitte.org

Julie Houk
The Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8391
Email:  jhouk@lawyerscommittee.org

*/s/ John Powers*
John Powers*
The Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8389
Email:  jpowers@lawyerscommittee.org

Sophia Lin Lakin*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, New York  10004
Telephone:  (212) 519-7836
Email:  slakin@aclu.org

Dale E. Ho*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, New York  10004
Telephone:  (212) 519-7836
Email:  dho@aclu.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 5.1

I hereby certify that I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system (which document was prepared in

Times New Roman font, 14-point type, one of the font and point selections

approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send e-

mail notification of such filing to all counsel of record.

*/s/ John Powers*
John Powers*
The Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8389
Email:  jpowers@lawyerscommittee.org