IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et. al;<br><br>    Plaintiffs,<br><br>v.<br><br>DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS, et. al;<br><br>    Defendants. | Civil Action File No. 1:20-CV-00879-ELR |

## **ORDER**

This matter coming before the Court on Plaintiffs' Consent Motion to Extend Time to Respond to Defendants' Motion to Dismiss and For Leave to File Excess Pages, the Court having reviewed the same and all other matters of record, hereby ORDERS, good cause having been shown, as follows: Plaintiffs' Consent Motion to Respond to Defendant's Motion to Dismiss and For Leave to File Excess Pages is GRANTED.  The deadline by which Plaintiffs must respond to Defendants' Motion to Dismiss shall be extended up to and including May 11,

2020, and that responsive pleading may exceed the page limit set forth in the local rules by up to five pages.

                              SO ORDERED this _____ day of May, 2020

_____
The Honorable Eleanor L. Ross
United States District Judge, Northern District of Georgia