# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, as an organization; and the GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., as an organization;<br><br>    Plaintiffs,<br>v.<br><br>DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS; ANTHONY LEWIS in his official capacity as Member of the DeKalb County Board of Registration and Elections; SUSAN MOTTER in her official capacity as Member of the DeKalb County Board of Registration and Elections; DELE LOWMAN SMITH in his official capacity as Member of the DeKalb County Board of Registration and Elections; SAMUEL TILLMAN in his official capacity as Member of the DeKalb County Board of Registration and Elections; BAOKY N. VU, in his official capacity as Member of the DeKalb County Board of Registration and Elections; and ERICA HAMILTON in her official capacity as Director of Voter Registration and Elections;<br><br>    Defendants. | CIVIL ACTION<br><br>FILE NO. 1:20-cv-00879-ELR |

121871099.2

## **MOTION TO WITHDRAW AS ATTORNEY**

Notice is hereby given that D. Barret Broussard is leaving the firm of Carlton Fields P.A. and is therefore withdrawing as attorney for Plaintiffs in the above-captioned action.  Gail Podolsky of Carlton Fields, P.A. will continue to serve as attorney for Plaintiffs in this matter.  Plaintiffs respectfully request that the Court and opposing counsel remove Mr. Broussard from the service list.  A Proposed Order is attached, hereto.

Respectfully submitted this 8th day of May, 2020.

/s/ D. Barret Broussard
D. Barret Broussard
Georgia Bar No. 218806
Carlton Fields, P.A.
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia 30309-3455
Telephone: (404) 815-3400

***Attorney for Plaintiffs***

## **LOCAL RULE 7.1(D) CERTIFICATION**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared with Times New Roman, 14 point.

>                            */s/ D. Barret Broussard*
>                            D. Barret Broussard

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the within and foregoing document, along with any attachment(s), with the Clerk of Court using the CM/ECF system, which will automatically send electronic notice upon all counsel of record. This 8th day of May, 2020.

*/s/ D. Barret Broussard*
D. Barret Broussard

121871099.2