# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, as an organization; and the GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., as an organization; <br><br> Plaintiffs, <br> v. <br><br> DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS; ANTHONY LEWIS in his official capacity as Member of the DeKalb County Board of Registration and Elections; SUSAN MOTTER in her official capacity as Member of the DeKalb County Board of Registration and Elections; DELE LOWMAN SMITH in his official capacity as Member of the DeKalb County Board of Registration and Elections; SAMUEL TILLMAN in his official capacity as Member of the DeKalb County Board of Registration and Elections; BAOKY N. VU, in his official capacity as Member of the DeKalb County Board of Registration and Elections; and ERICA HAMILTON in her official capacity as Director of Voter Registration and Elections; <br><br> Defendants. | CIVIL ACTION <br><br> FILE NO. 1:20-cv-00879-ELR |

121888738.1

# [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

The Motion to Withdraw as Attorney as to D. Barret Broussard having been considered,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Clerk is directed to remove Mr. Broussard as attorney for Plaintiffs in this case.

**SO ORDERED** this ____ day of _____, 2020.

_____
THE HONORABLE ELEANOR L. ROSS
Judge, Northern District of Georgia

121888738.1