IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS; et al., <br><br> Defendants. | Civil Action No. 1:20-cv-00879-ELR |

### PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request that the Court hear oral argument on Defendants' motion to dismiss, Dkt. 27.  Argument may be helpful to the Court due to the multitude and complexity of the issues raised by Defendants' Motion to Dismiss, which involves questions of jurisdiction, statutory interpretation, and constitutional law.  Plaintiffs also respectfully seek the opportunity to respond to contentions made by Defendants in their reply brief, and to answer questions the Court may have concerning the other issues raised in Defendants' motion.

| | |
|---|---|
| This 11th day of May, 2020. | Respectfully submitted,<br><br>*/s/ Gail Podolsky*<br>Gail Podolsky<br>Georgia Bar No. 142021<br>Carlton Fields, P.A.<br>1201 West Peachtree Street, Suite 3000<br>Atlanta, Georgia 30309-3455<br>Telephone: (404) 815-3400<br>Email: gpodolsky@carltonfields.com<br><br>Sean J. Young<br>Georgia Bar No. 790399<br>ACLU of Georgia<br>1100 Spring Street, N.W.<br>Atlanta, Georgia  30309<br>Telephone: (770) 303-8111<br>Email: syoung@acluga.org<br><br>Ezra Rosenberg<br>The Lawyers' Committee for Civil Rights Under Law<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 662-8300<br>Email: erosenberg@lawyerscommittee.org<br><br>Bradley Phillips<br>The Lawyers' Committee for Civil Rights Under Law<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 662-8300<br>Email:  bphillips@lawyerscommitte.org<br><br>Julie Houk<br>The Lawyers' Committee for Civil Rights Under Law |

1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8391
Email: jhouk@lawyerscommittee.org

*/s/ John Powers*
John Powers*
The Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8389
Email: jpowers@lawyerscommittee.org

Sophia Lin Lakin*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, New York  10004
Telephone:  (212) 519-7836
Email: slakin@aclu.org

Dale E. Ho*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, New York  10004
Telephone:  (212) 519-7836
Email: dho@aclu.org

*Admitted pro hac vice

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 5.1**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system (which document was prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send e-mail notification of such filing to all counsel of record.

>*/s/ John Powers*
>John Powers*
>The Lawyers' Committee for Civil Rights Under Law
>1500 K Street NW, Suite 900
>Washington, DC 20005
>Telephone: (202) 662-8389
>Email:  jpowers@lawyerscommittee.org