IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS, et al.,<br><br>    Defendants. | Civil Action File No.<br>1:20-CV-00879-ELR |

## CERTIFICATE OF CONSENT FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.1(E)(2), please substitute SHELLEY D. MOMO

in the place of AARON J. ROSS as additional counsel of record for Defendants in

this case. Mr. Ross will no longer serve as counsel of record in this case. As

indicated by the signatures below, Defendants and the foregoing counsel have

consented to this substitution.

Respectfully submitted, this 29th day of May, 2020.

s/ Shelley D. Momo                          s/ Aaron J. Ross
Shelley D. Momo                             Aaron J. Ross
Assistant County Attorney                   Senior Assistant County Attorney
Georgia Bar No. 239608                      Georgia Bar No. 461981
**DeKalb County Law Department**            **DeKalb County Law Department**
1300 Commerce Drive, 5th Floor              1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030                      Decatur, Georgia 30030
Telephone:  (404) 371-3011                  Telephone:  (404) 371-3011
Facsimile:  (404) 371-3024                  Facsimile:  (404) 371-3024
sdmomo@dekalbcountyga.gov                   ajross@dekalbcountyga.gov

*Counsel for Defendants*                    *Withdrawing Counsel for Defendants*


Samuel Tillman, Chairperson
DeKalb County Board of Registration
and Elections


Erica Hamilton, Director
DeKalb County Board of Registration
and Elections

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 5.1

I hereby certify that I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system (which document was prepared in

Times New Roman font, 14-point type, one of the font and point selections

approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send e-

mail notification of such filing to the following opposing counsel of record:

> Gail Podolsky
> D. Barrett Broussard
> Carlton Fields, P.A.
> 1201 West Peachtree Street, Suite 3000
> Atlanta, Georgia 30309-3455

> Sean J. Young
> ACLU of Georgia
> 1100 Spring Street, N.W.
> Atlanta, Georgia 30309

> Ezra Rosenberg
> Bradley Phillips
> Julie Houk
> John Powers
> The Lawyers' Committee for Civil Rights Under Law
> 1500 K Street NW, Suite 900
> Washington, DC 20005

> Sophia Lin Larkin
> Dale E. Ho
> 125 Broad Street, 18th Floor
> New York, New York 10004

This 29th day of May, 2020.

s/ Shelley D. Momo
Shelley D. Momo
Assistant County Attorney
DeKalb County Law Department

*One of the Attorneys for Defendants*