IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS, et al., <br><br> Defendants. | Civil Action File No. <br> 1:20-CV-00879-ELR |

## JOINT PROPOSED HEARING SCHEDULE

Plaintiffs Georgia State Conference of the National Association for the Advancement of Colored People and Georgia Coalition for the People's Agenda, Inc. (together, "Plaintiffs") and Defendants DeKalb County Board of Registration and Elections (the "BRE") and Anthony Lewis, Susan Motter, Dele Lowman Smith, Samuel Tillman, Baoky N. Vu, and Erica Hamilton, all in their official capacities (collectively, "Defendants") respectfully submit this Joint Proposed Hearing Schedule for oral argument on Defendants' Motion to Dismiss (Doc. 27) pursuant to the Court's Order entered June 16, 2020 as follows:

The parties propose that each side be allowed thirty minutes for oral argument. Defendants respectfully request that five (5) minutes of the time allotted for their argument be reserved for rebuttal.

Respectfully submitted this 30th day of June, 2020.

s/ Irene B. Vander Els
Laura K. Johnson
Deputy County Attorney
Georgia Bar No. 392090
Irene B. Vander Els
Assistant County Attorney
Georgia Bar No. 033663
Shelley D. Momo
Assistant County Attorney
Georgia Bar No. 239608
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
Telephone:  (404) 371-3011
Facsimile:  (404) 371-3024
*Counsel for Defendants*

s/ John Powers
Ezra Rosenberg*
Julie Houk*
John Powers*
The Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005

Gail Podolsky
Georgia Bar No. 142021
Carlton Fields, P.A.
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia 30309-3455

Sean J. Young
Georgia Bar No. 790399
ACLU of Georgia
1100 Spring Street, N.W.
Atlanta, Georgia 30309

Sophia Lin Larkin*
Ihaab Syed*
Dale E. Ho*
125 Broad Street, 18th Floor
New York, New York 10004

*Admitted pro hac vice

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system (which document was prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send e-mail notification of such filing to the following opposing counsel of record:

> Gail Podolsky
> D. Barrett Broussard
> Carlton Fields, P.A.
> 1201 West Peachtree Street, Suite 3000
> Atlanta, Georgia 30309-3455
>
> Sean J. Young
> ACLU of Georgia
> 1100 Spring Street, N.W.
> Atlanta, Georgia 30309
>
> Ezra Rosenberg
> Bradley Phillips
> Julie Houk
> John Powers
> The Lawyers' Committee for Civil Rights Under Law
> 1500 K Street NW, Suite 900
> Washington, DC 20005
>
> Sophia Lin Larkin
> Ihaab Syed
> Dale E. Ho
> 125 Broad Street, 18th Floor
> New York, New York 10004

This 30th day of May, 2020.

                                          s/ Irene B. Vander Els
                                          Irene B. Vander Els
                                          Assistant County Attorney
                                          DeKalb County Law Department

                                          *One of the Attorneys for Defendants*