IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, as an organization; and the GEORGIA'S COALITION FOR THE PEOPLE'S AGENDA, INC., as an organization;<br><br>Plaintiffs,<br><br>v.<br><br>DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS; ANTHONY LEWIS, in his official capacity as Member of the DeKalb County Board of Registration and Elections; SUSAN MOTTER in her official capacity as Member of the DeKalb County Board of Registration and Elections; SAMUEL TILLMAN in his official capacity as Member of the DeKalb County Board of Registration and Elections; BAOKY N. VU, in his official capacity as Member of the DeKalb County Board of Registration and Elections; and ERICA HAMILTON in her official capacity as Director of Voter Registration and Elections;<br><br>Defendants. | Civil Action File No.<br>1:20-CV-00879-ELR |

## **ORDER**

This matter coming before the Court on the parties' Joint Motion to Postpone Oral Argument on Defendants' Motion to Dismiss, the Court having reviewed the same and all other matters of record, hereby ORDERS, good cause having been shown, as follows: the parties' Joint Motion to Postpone Oral Argument on Defendants' Motion to Dismiss is GRANTED. The hearing for oral argument on Defendants' Motion to Dismiss is reset to August 26, 2020 at 9:30 a.m.

SO ORDERED, this 13th day of July, 2020.

_____
The Honorable Eleanor L. Ross
United States District Judge, Northern District of Georgia