IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

GEORGIA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,

Plaintiffs,

v.

DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS, et al.,

Defendants.

CIVIL ACTION

FILE NO. 1:20-CV-00879-ELR

**VOLUNTARY STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Georgia State Conference of the National Association for the Advancement of Colored People and the Georgia Coalition for the People's Agenda and Defendants the DeKalb County Board of Registration and Elections (the "BRE"), Anthony Lewis, Susan Motter, Dele Lowman Smith, Samuel Tillman, Baoky N. Vu, each in their official capacity as members of the BRE, and Erica Hamilton in her official capacity as Director of the DeKalb County Board of

Registrations and Elections hereby agree and stipulate that the above-captioned action is hereby voluntarily dismissed with prejudice, with each party to bear his/her/its own attorneys' fees and litigation expenses. This stipulation follows the parties' agreement to resolve this matter in connection with the implementation by the DeKalb County Board of Registration and Elections of procedures, attached to this stipulation as Exhibit A, to document the protection of certain rights of DeKalb voters under current law in connection with changes of address and related challenges to voter registrations.

Respectfully submitted this 16th day of August, 2021.

/s/ *Irene B. Vander Els*
Laura K. Johnson
Deputy County Attorney
Georgia Bar No. 392090
Irene B. Vander Els
Assistant County Attorney
Georgia Bar No. 033663
Shelley D. Momo
Assistant County Attorney
Georgia Bar No. 239608
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
Telephone: (404) 371-3011
Facsimile: (404) 371-3024

***Counsel for Defendants***

/s/ *Gail Podolsky*
Ezra Rosenberg* Julie Houk*
The Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005

Gail Podolsky
Georgia Bar No. 142021
Carlton Fields, P.A.
1201 West Peachtree Street
Suite 3000
Atlanta, Georgia 30309-3455

Sean J. Young
Georgia Bar No. 790399
ACLU of Georgia
1100 Spring Street, N.W.
Atlanta, Georgia 30309

Sophia Lin Larkin* Ihaab Syed*
Dale E. Ho*
125 Broad Street
18th Floor New York, New York 10004

***Counsel for Plaintiffs***

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE AND**
**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system (prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send e-mail notification of such filing to counsel of record.

This 16th day of August, 2021.

/s/ *Gail Podolsky*
Gail Podolsky
One of the Attorneys for Plaintiffs